July Term,
1798.

## JULY TERM, 1798.

*Woodman and others* ads. *Little.*

THIS was a motion to set aside the proceedings on a *scire facias quare ex. non* and two *nihils* returned, because there had not been fifteen days between the *teste* of the first, and return of the second *sci. fa.* In support of the motion was cited, 4 *Durn.* and *East*, 583.

It was contended in reply, that when proceedings in the original cause are by bill, four days are enough. 4 *Durn.* and *East*, 663.

*Per Curiam.* There must in all cases, be fifteen days between the *teste* of the first, and return of the second *sci. fa.*

*Colden*, for the defendant.
*Houston*, for the plaintiff.


*Pepoon and another* ads. *Jenkins.*

RIGGS, for the defendants, moved to quash the writ for want of the clerk's name to it, and *Woods*, at the same time, moved for leave to amend. He contended that the writ is supposed to be the act of the clerk, and ought not to prejudice the party ; and